

PRICE, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, certiorari denied 254 Ala. 515, 48 So. 2d 768.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, certiorari denied 254 Ala. 515, 48 So. 2d 768.

53 So.2d 894

**Alice JENNINGS v. CITY OF BIR-MINGHAM.**

**6 Div. 128.**

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761, Id., 254 Ala. 515, 48 So.2d 768.

53 So.2d 894

**Rosie Lee JOHNSON v. CITY OF BIRMINGHAM.**

**6 Div. 153.**

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

53 So.2d 894

**Cora Lee JONES v. CITY OF BIR-MINGHAM.**

**6 Div. 246.**

Court of Appeals of Alabama.
May 1, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761; Id., 254 Ala. 515, 48 So.2d 768.

55 So.2d 926

**Hilliard JONES, Sr., v. STATE.**

**2 Div. 827.**
Court of Appeals of Alabama.

Nov. 20, 1951.

T. G. Gayle and John W. Lapsley, Selma, for appellant.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen. (Chas. C. Carlton, Montgomery, of counsel), for the State.

HARWOOD, Judge.
Affirmed.